UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

USA ,
           Plaintiff(s),

v.

K. Crute ,
           Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

17 CR 110 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/23/19

**PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

✓ Status conference      ___ Final pretrial conference

___ Telephone conference      ___ Jury selection and trial

___ Pre-motion conference      ___ Bench trial

___ Settlement conference      ___ Suppression hearing

___ Oral argument      ___ Plea hearing

___ Bench ruling on motion      ___ Sentencing

on 2-28- , 20 20 , at 12:30 pm , in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from 1-28-20

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: 12-23- , 20 19
     White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge