UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                   :     **ORDER**
v.                                 :
                                   :     19 CR 816 (VB)
KSAON CRUTE,                       :     17 CR 110 (VB)
            Defendant.             :
--------------------------------------------------------------x

A status conference in this matter is scheduled for August 3, 2020, at 12:00 p.m.  Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendant waives his right to be physically present and consents to appear by telephone after consultation with counsel.

Accordingly, it is hereby ORDERED:

1.	By July 20, 2020, defense counsel shall advise the Court in writing as to whether his client waives his right to be physically present and consents to appear by telephone.

2.	At the time of the scheduled hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

**Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662**
**Access Code: 1703567**

Dated: June 1, 2020
       White Plains, NY

                                   SO ORDERED:

                                   _____
                                   Vincent L. Briccetti
                                   United States District Judge