UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

USA, Plaintiff(s),

v.

K. Crute, Defendant(s).

------------------------------------------------------------x

**CALENDAR NOTICE**

19 CR 816 (VB)

17 CR 110 (VB)

PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled~~/ (re-scheduled for:)

___ Status conference

___ Telephone conference

___ Pre-motion conference

___ Settlement conference

___ Oral argument

___ Bench ruling on motion

___ Final pretrial conference

___ Jury selection and trial

___ Bench trial

___ Suppression hearing

___ Plea hearing

✓ Sentencing

on 4-28-, 2021, at 2:30 pm, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from 2-17-21

All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: 1-12-, 20 21
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge