UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
  UNITED STATES OF AMERICA          :

  v.                                       :

  KSAON L. CRUTE,              :
             Defendant.     :
------------------------------------------------------------x

**ORDER**

19 CR 816 (VB)
17 CR 110 (VB)

Sentencing in the above matters is scheduled for <u>April 28, 2021 at 2:30 p.m.</u>  The Court

will conduct the sentencing in person in the Courthouse in courtroom 520.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY

courthouse must complete a questionnaire and have his or her temperature taken.  The

questionnaire is located on the Court's website at:

https://www.nysd.uscourts.gov/sites/default/files/2020-
09/SDNY%20COVID%20ENTRY%20QUESTIONNAIRE%20GUIDE%209-2-2020.pdf.

Completing the questionnaire online and ahead of time will save time and effort upon entry.

Only those individuals who meet the entry requirements established by the questionnaire will be

permitted entry.  Please contact Chambers if you do not meet the requirements.

Dated: March 18, 2021
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge