UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

v.

KSAON CRUTE,
               Defendant.

-----------------------------------------------------------x

**ORDER**

17 CR 110 (VB)
19 CR 816 (VB)

       Defendant Ksaon Crute has submitted a letter to the Court dated January 27, 2022, in which he claims to have filed a motion on April 21, 2020, attacking his convictions in the above-referenced cases, and further claiming he has not received any response to the motion. (Doc. #68 in 17 CR 110; Doc. #55 in 19 CR 816).

       The Court has no record of any such motion being filed in either of these two cases. Moreover, on June 4, 2021, defendant was sentenced in case no. 19 CR 816 following his guilty plea to being a felon in possession of a firearm, and was also sentenced for violation of supervised release in case no. 17 CR 110.

       The Court directs government counsel and defense counsel in these cases to submit letters to the Court by February 22, 2022, stating whether they have any knowledge of the motion defendant claims to have filed, and otherwise providing any relevant information of which they are aware regarding such motion.

       Chambers will mail a copy of this Order to defendant at the following address:

Ksaon Crute, Reg. No. 71262-054
FCI Hazelton
Federal Correctional Institution
P.O. Box 6000
Bruceton Mills, WV 26525

Dated: February 7, 2022
       White Plains, NY

                                                           SO ORDERED:

                                                         _____
                                                         Vincent L. Briccetti
                                                         United States District Judge