UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

KSAON CRUTE,
             Defendant.

--------------------------------------------------------------x

**ORDER**

17 CR 110 (VB)
19 CR 816 (VB)

     In response to the Court's Order dated February 7, 2022, government counsel and defense counsel have submitted letters in which they both state that they have no knowledge of any motion allegedly filed by defendant Crute attacking his convictions in the above-referenced cases. Nor does the Court have any record or recollection of any such motion.

     Accordingly, to the extent Defendant seeks any relief in his letter of January 27, 2022, that application is DENIED.

     Chambers will mail a copy of this Order to defendant at the following address:

Ksaon Crute, Reg. No. 71262-054
FCI Hazelton
Federal Correctional Institution
P.O. Box 6000
Bruceton Mills, WV  26525

Dated: February 17, 2022
       White Plains, NY

                              SO ORDERED:

                              Vincent L. Briccetti
                              United States District Judge