UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

KSAON CRUTE,
              Defendant.
--------------------------------------------------------------x

**ORDER**

17 CR 110 (VB)
19 CR 816 (VB)

      On April 1, 2022, the Court received the attached letter from defendant Crute. The letter is dated March 21, 2022.

      On February 17, 2022, the Court issued an Order stating that government counsel and defense counsel had both advised the Court that they have no knowledge of any motion allegedly filed by defendant attacking his convictions in either of the above-referenced cases, and that the Court likewise has no record or recollection of any such motion. As a result, to the extent defendant was seeking any relief in his letter of January 27, 2022, that application was denied. Nothing in defendant's March 21 letter causes the Court to reconsider that decision. (The docket reflects that the Court's February 17, 2022, Order was mailed to defendant.)

      To be clear, neither the Court nor counsel have any record of any filings attacking defendant's conviction in either case no. 17 CR 110 or in case no. 19 CR 816.

      Attached to this Order are (i) a copy of defendant's March 21, 2022, letter, and (ii) a copy of the Court's Order of February 17, 2022.

      Chambers will mail a copy of this Order and its attachments to defendant at the following address:

      Ksaon Crute, Reg. No. 71262-054
      FCI Hazelton
      Federal Correctional Institution
      P.O. Box 6000
      Bruceton Mills, WV  26525

Dated: April 5, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

From: Ksaon Crute
Reg. # 71262-054
F.C.I. Hazelton
P.O. Box 5000
Bruceton Mills, W.V. 26525

To: The Honorable Vincent L. Briccetti
U.S. District Court Judge
Southern District of New York
U.S. District Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

Re: United States v. Ksaon Crute, 19 Cr. 816 (VB) & 17 Cr. 110 (VB)

Date: March 21, 2022

Dear Judge Briccetti,
  I am writing in response to the Court's Order in the above matters that is dated Febr
Court ordered that all parties should respond regarding my letter of inquiry dated Jan
the Court's Clerk about the status of my filings dated for April 21, 2020, due to my no
correspondence from the Courts regarding said filings. In the Court's Order dated Fe
and all parties need clarification regarding my letter of inquiry.
  In clarification of my letter dated January 27, 2022 in where I inquired about the stat
referring to my having filed any motions in regards to Case number 19 CR 816 (VB),
that case (my current case) caused an obvious confusion. With the instant letter I am
2020 motion/filings in light of the Supreme Court's decision in Rehaif v. United States
conviction under Case number 17 CR 110 (VB). I was attacking that prior conviction
Rehaif.
  With this clarification, I still seek and inquire as to the status of my April 21, 2020 filii
case number 17 CR 110 (VB). To date I have not received any correspondence, upd
Please inform me as to the status of my filings at this Honorable Court's earliest conv
clarification regarding this issue since this Honorable Court ordered the parties to res
month ago when I was placed in the Special Housing Unit (S.H.U.) at my current insti

  I, Ksaon Crute, swear under penalty of perjury by the laws of the United States of Ai
correct to the best of my knowledge and belief. (28 U.S.C. Section 1746)

                                              Respectfully Submitted
                                        /s/_____
                                              Ksaon Crute - Pro Se

Copies Mailed/Faxed by
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

KSAON CRUTE,
               Defendant.
--------------------------------------------------------------x

**ORDER**

17 CR 110 (VB)
19 CR 816 (VB)

     In response to the Court's Order dated February 7, 2022, government counsel and defense counsel have submitted letters in which they both state that they have no knowledge of any motion allegedly filed by defendant Crute attacking his convictions in the above-referenced cases. Nor does the Court have any record or recollection of any such motion.

     Accordingly, to the extent Defendant seeks any relief in his letter of January 27, 2022, that application is DENIED.

     Chambers will mail a copy of this Order to defendant at the following address:

Ksaon Crute, Reg. No. 71262-054
FCI Hazelton
Federal Correctional Institution
P.O. Box 6000
Bruceton Mills, WV 26525

Dated: February 17, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge